# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-5288

———————————————

U.S. BANK NATIONAL
ASSOCIATION as Trustee for
Credit Suisse First Boston
Mortgage Securities Corp.,
Home Equity Asset Trust 2006-
4, Home Equity Pass-Through
Certificates, Series 2006-4,

    Appellant,

    v.

LINDA F. SHARPTON a/k/a Linda
Sharpton; ACCREDITED HOME
LENDERS, INC., successor by
merger to Aames Funding
Corporation d/b/a Aames Home
Loan; MAGNOLIA RIDGE NORTH
HOMEOWNERS ASSOCIATION,
INC.; UNKNOWN SPOUSE OF
LINDA F. SHARPTON a/k/a Linda
Sharpton; UNKNOWN TENANT IN
POSSESSION OF THE SUBJECT
PROPERTY,

    Appellees.

———————————————

On appeal from the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

August 15, 2018

PER CURIAM.

AFFIRMED.

WOLF, LEWIS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Dean A. Morande and Michael K. Winston of Carlton Fields Jorden Burt, P.A., West Palm Beach, for Appellant.

Robert A. Routa of White Sulphur Springs, MT, for Appellee Linda F. Sharpton.